```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  11/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEOPOLD BERKOWITZ,

                               **Plaintiff,**

                 -against-

JOHN DOE, ET AL.,

                             **Defendants.**

20-cv-04632 (ALC)

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

         It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:     November 25, 2020
             New York, New York

                                                     */s/ Andrew L. Carter, Jr.*
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**